UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOSHUA D. HULTS,

                Plaintiff,

        -v-                                 8:14-CV-535
                                            (DNH/TWD)

CAROLYN W. COLVIN, Commissioner of
Social Security,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                            OF COUNSEL:

OFFICE OF STEPHEN J. MASTAITIS, JR.     STEPHEN J. MASTAITIS, JR., ESQ.
Attorney for Plaintiff
1412 Route 9P
Saratoga Springs, NY 12866

SOCIAL SECURITY ADMINISTRATION       MARIA P. FRAGASSI SANTANGELO,
Attorneys for Defendant                          ESQ.
Office of Regional General Counsel           Special Ass't U.S. Attorney
Region II
26 Federal Plaza - Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff Joshua D. Hults filed this action seeking judicial review of a final decision of

the Commissioner of Social Security denying his claims for benefits under Title II and XVI of

the Social Security Act. By Report-Recommendation dated September 9, 2016, the

Honorable Thérèse Wiley Dancks, United States Magistrate Judge, recommended that

defendant's motion to dismiss for lack of subject matter jurisdiction be granted and that the complaint be dismissed. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore,

it is ORDERED that

1. Defendant's motion to dismiss for lack of subject matter jurisdiction is GRANTED; and

2. Plaintiff's complaint is DISMISSED.

The Clerk of the Court shall enter judgment and close the case.

IT IS SO ORDERED.

_____
United States District Judge

Dated: April 17, 2017
      Utica, New York.